IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) 2:12-cr-225-NR |
| TAMIKA SOMERVILLE, | ) |
| Defendant. | ) |

**ORDER MODIFYING TERMS OF PROBATION**

**AND NOW,** this **13th day of November, 2020**, as stated on the record during the November 12, 2020, hearing, the Court hereby **ORDERS** that, pursuant to 18 U.S.C. § 3563(c) and Fed. R. Crim. P. 32.1(c), and upon consideration of the status reports submitted by the Probation Office, the positions of the parties and the Probation Office, and the sentencing factors set forth in 18 U.S.C. § 3553(a), the terms of Mr. Somerville's 36-month period of probation shall be modified as follows:

(1) Mr. Somerville's 36-month term of home detention shall be reduced to a 180-day term of home detention, inclusive of all time Mr. Somerville has served on home detention to date. All terms of home detention remain unchanged.

(2) Upon completion of the 180-day term of home detention, Mr. Somerville shall be placed on a 180-day curfew period, during which he shall be restricted to his residence every day from 12:00 a.m. to 11:00 a.m. except as approved by the probation officer. Mr. Somerville shall be subject to location monitoring and the use of location monitoring technology during all or some of the 180-day curfew period. The location monitoring technology requirement, *i.e.*, Radio Frequency (RF), Global Positioning System (GPS), Voice Recognition, or Virtual Supervision Monitoring, is at the discretion of the probation officer. Mr. Somerville shall continue to comply with the rules of

location monitoring program and may be required to maintain a landline telephone, without special features, at his place of residence.  Mr. Somerville shall pay all or part of the costs of participation in the location monitoring program, as directed by the Court and probation officer, not to exceed the daily contractual rate.

(3) All other terms and conditions of Mr. Somerville's probation remain unchanged.

DATED: November 13, 2020                    BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge